# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Sam Uland,** | Civil No. 08-2 (JNE/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **City of Winsted,** **Brent Mareck,** | |
| Defendants. | |

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Uland's motion for summary judgment (Doc. No. 6) is **DENIED.**

2. Uland's motions for sanctions and equitable relief (Doc. Nos. 8, 11) is **DENIED.**

3. The defendants' motion to dismiss (Doc. No. 32) is **GRANTED.**

4. All claims in the complaint are **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 4th day of August, 2008.

                                                 s/ Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Judge